■ DONALD E. SIMS, Petitioner, v PETER PREISER, as Commissioner of the New York State Department of Correctional Services, Respondent.—Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus denied as insufficient on its face (see *Matter of Mullins v State Bd. of Parole*, 43 AD2d 382, app dsmd 35 NY2d 992). Herlihy, P. J., Greenblott, Kane, Main and Larkin, JJ., concur.